IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARIAN BALCOM,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CITY OF PITTSBURGH** individually, )<br>**GABE FIGUERO** individually, **JOHN** )<br>**DOE** individually, **JORGE ZARATE,** )<br>**OFFICER LEO, OFFICER** )<br>**DONNOLLEY** and **OFFICER SMITH,** )<br>)<br>Defendants. ) | 2:19cv506<br>**Electronic Filing** |

## ORDER

AND NOW, this 16th day of June, 2023, upon due consideration of plaintiff's Motion *In Limine* to Preclude Evidence or Argument Regarding Events Occurring After March 8, 2018, and the brief accompanying thereto, IT IS ORDERED that [123] the motion be, and the same hereby is, granted.

The motion is granted as follows: defendants are precluded from introducing evidence or argument to the extent that it pertains to matters or events which occurred after March 8, 2018, including but not limited to testimony from Sean O'Donnell and/or Todd Collar regarding any interaction(s) either of them had with plaintiff, as well as their observations and/or opinions of her.

This evidence is irrelevant to the events that occurred on the night in question and in any event the probative value of the proffered information substantially is outweighed by its potential to (1) create undue prejudice, (2) confuse or mislead the jury and (3) consume unwarranted use of time through the presentation and refutation of collateral matters.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: Margaret Schuetz Coleman, Esquire
Alexander B. Wright, Esquire
Hillary Weaver, Esquire
Julie E. Koren, Esquire
Krysia Kubiak, Esquire

(*Via CM/ECF Electronic Mail*)